IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 04-4254-JPG |
| | : | |
| $1,005.00 UNITED STATES CURRENCY, | : : | |
| | : | |
| DEFENDANT. | : | |

## **JUDGMENT AND DECREE FOR FORFEITURE**

A default having been entered as to Travis Elder, and all interested parties in the above case on the 20th day of September, 2005, [Doc. No. 22], all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendants and having filed a proper motion with me as to the requested relief;

On the 13th day of December, 2004, a Verified Complaint for Forfeiture against the defendants described as:

$1,005.00 UNITED STATES CURRENCY

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that said defendant constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, is punishable by more than one (1) year's imprisonment, and is therefore subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized said property on December 21, 2004;

That on February 24, 2005, March 3, 2005, and March 10, 2005, notice of this action was published in the Pinckneyville Democrat newspaper; the Certificate of Publication was filed with this court on March 22, 2005;

That Travis Elder, and all interested parties were defaulted for failure to file a claim or answer within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property hereby described as:

   $1,005.00 UNITED STATES CURRENCY

is hereby offered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party except as stated below.  The defendant property shall be disposed of according to law by the United States Marshal.

IT IS HEREBY ORDERED AND ADJUDGED that the motion for judgment (Doc. 23) is **GRANTED** and that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described above.

The Clerk shall mail a copy of said Judgment and Decree for Forfeiture Travis Elder, Inmate No. 06239-025, FCI Memphis, P.O. Box 34550, Memphis, TN 38134-0550; and to Travis Elder c/o Herbert J. Lantz, 100 South Charles Street, Belleville, IL 62220.

**DATE:  October 21, 2005**

                                       s/ J. Phil Gilbert
                                       **J. PHIL GILBERT
                                       District Judge**